UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X   Case No. 09 CV-286
DAMION BECKFORD                                       (CPS)(JO)

                        Plaintiff

-against-


CITY OF NEW YORK, Police Officer Mark Pfeiffer, Shield No. 19425,
Margaret Meridino, Shield No. 22947,

                        Defendants
                                            **CONSENT**
----------------------------------------X   **TO CHANGE ATTORNEY**


THE UNDERSIGNED HEREBY CONSENT that RUDY M. BROWN, Esq. And the LAW OFFICES OF K.C. OKOLI, P.C., be substituted as attorneys of record for DAMION BECKFORD in the above-entitled action in the place and stead of Richard Cardinale, Esq.. This agreement will not affect Mr. Cardinale's application for a charging lien.

Date:   New York, New York
        April 27, 2009


*Damion Beckford*
DAMION BECKFORD

                                    *[signature]*
                                    Richard Cardinale, Esq.
                                    26 Court Street
                                    Suite 1815
                                    Brooklyn, New York 11242

                                    *[signature]*
                                    RUDY M BROWN, ESQ.
                                    32 Court Street
                                    Suite 1809
                                    Brooklyn, New York 11242

LAW OFFICES OF K.C. OKOLI, P.C.
Attorneys for Plaintiffs
330 Seventh Avenue
15th Floor
New York, N.Y. 10001
(212) 564-8152

BY: K.C. OKOLI, ESQ.
(KO 7222)


_____
DAMION BECKFORD


STATE OF NEW YORK)
COUNTY OF KINGS  )

On the 27 day of April, 2009, before me personally came DAMION BECKFORD who, being by me duly sworn, did depose and say that he is the plaintiff in the above-entitled action and acknowledged that he signed this instrument.

_____
Notary Public

RUDY M. BROWN
Notary Public, State of New York
No. 02BR6078417
Commission Expires May 27, 2011